# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Margaret Barnett            BK NO. 20-02484 MJC

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                                            Respectfully submitted,

/s/ *Brent J. Lemon*

PA Middle BK
26 Jul 2024, 15:09:21, EDT

                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106
                 215-627-1322

Document ID: 1b1fdb374aad0f3d9e04979439bf4e8c490903a4759986bd1e92543d330c25d7
Case 5:20-bk-02484-MJC    Doc 56    Filed 07/26/24    Entered 07/26/24 15:35:36    Desc
Main Document      Page 1 of 1