**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:   Margaret Barnett

Case No.: 5-20-02484 MJC

Chapter 13

**Debtor(s)**

**NOTICE OF FINAL CURE PAYMENT**

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1:  MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Nationstar |
| Court Claim Number: | 09 |
| Last Four of Loan Number: | 2852 |
| Property Address if applicable: | 122 Meadow Ln |

**PART 2:  CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $2,364.41 |
| b. | Prepetition arrearages paid by the trustee: | $2,364.41 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $2,364.41 |

**PART 3:  POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4:  A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response.  Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Date: September 22, 2025

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Re:   Margaret Barnett

                                                Case No.: 5-20-02484 MJC

                                                Chapter 13

                    **Debtor(s)**

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on September 22, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Timothy B. Fisher,II, Esquire
PO Box 396
Gouldsboro PA 18424


**Served by First Class Mail**
Nationstar Mtg, LLC
PO Box 619096
Dallas TX 75261-9741

Margaret Barnett
122 Meadow Ln
Swiftwater PA 18370


I certify under penalty of perjury that the foregoing is true and correct.


Date: September 22, 2025                 /s/  Liz Joyce
                                         Office of the Standing Chapter 13 Trustee
                                         Jack N. Zaharopoulos
                                         Suite A, 8125 Adams Dr.
                                         Hummelstown, PA  17036
                                         Phone:  (717) 566-6097
                                         email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 20-02484    **MARGARET BARNETT**

**NATIONSTAR MORTGAGE**
PO BOX 619094

DALLAS, TX  75261-9741

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

Acct No: Meadow Lane - PRE-ARREARS

ARREARS - 122 MEADOW LANE    05/21 MR COOPER LETTER-LOAN MOD IN MISC    09/21 AMENDED PRINCIPAL

| | | Debt: | $2,364.41 | Interest Paid: | $0.00 |
| Amt Sched: | $193,035.00 | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $2,364.41 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|------------|
| | | | | | | DisbDescrp | | |
| **5200** | **NATIONSTAR MORTGAGE** | | | | | | | |
| 520-0 | NATIONSTAR MORTGAGE | | 04/15/2021 | 1229254 | $971.04 | $0.00 | $971.04 | 04/23/2021 |
| 520-0 | NATIONSTAR MORTGAGE | | 03/17/2021 | 1228235 | $971.04 | $0.00 | $971.04 | 03/26/2021 |
| 520-0 | NATIONSTAR MORTGAGE | | 02/17/2021 | 1227220 | $422.33 | $0.00 | $422.33 | 03/01/2021 |

| | | | Sub-totals: | $2,364.41 | $0.00 | $2,364.41 |
| | | | Grand Total: | $2,364.41 | $0.00 | |