| | |
|---|---|
| **Debtor 1** | Margaret Barnett |
| **Debtor 2** (Spouse, if filing) | |
| United States Bankruptcy Court for the: <u>Middle</u>  District of | <u>Pennsylvania</u> **(State)** |
| **Case number** | 5:20-bk-02484-MJC |

## Form 4100R

# Response to Notice of Final Cure Payment                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
|---|---|

**Name of Creditor:**   <u>Nationstar Mortgage LLC</u>

Court claim no. (if known): <u>9-3</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>XXXXXX2852</u>

**Property address:**     <u>122 Meadow Ln</u>
Number       Street

<u>Swiftwater, PA 18370</u>
City        State        ZIP Code

| Part 2: | Pre-petition Default Payments |
|---|---|

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim.  Creditor asserts that the total pre-petition amount remaining unpaid as of the date of this response is:                    $_____

| Part 3: | Post-petition Mortgage Payment |
|---|---|

*Check one:*

☒ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on:     <u>10/01/2025</u>
MM/DD/YYYY

☐ Creditor states that the debtor(s) **are not current** on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | |
|---|---|---|---|
| a. | Total post-petition payments due: | (a) $ | 0.00 |
| b. | Total fees, charges, expenses, escrow, and costs outstanding | +(b) $ | 0.00 |
| c. | **Total.**  Add lines a and b | (C) $ | 0.00 |

Creditor asserts that the debtor(s) are contractually
Obligated for the post-petition payment(s) that first became
Due on:                                      _____
MM/DD/YYYY

Case 5:20-bk-02484-MJC    Doc 63    Filed 10/09/25    Entered 10/09/25 15:55:17    Desc
Main Document      Page 1 of 3

| Part 4: | Itemized Payment History |
|---------|--------------------------|

If the creditor disagrees in Part 2 that the pre-petition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ▪ all payments received;
- ▪ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ▪ all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---------|-----------|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Linda  St. Pierre                                            Date    10/09/2025
  Signature

Print    Linda  St. Pierre                                         Title    Authorized Agent for the Creditor
         First Name    Middle Name    Last Name

Company    McCalla Raymer Leibert Pierce, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    325 Chestnut Street, Suite 725
           Number          Street

           Philadelphia, PA 19106
           City          State          Zip Code

Contact phone    860-240-9156                          Email    Linda.St.Pierre@mccalla.com

In Re:   Margaret Barnett

Bankruptcy Case No.:   5:20-bk-02484-MJC
Chapter:   13
Honorable Judge:   Mark J Conway

CERTIFICATE OF SERVICE

I, Linda  St. Pierre, of McCalla Raymer Leibert Pierce, LLP, 325 Chestnut Street, Suite 725, Philadelphia, PA 19106, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Notice of Final Cure Payment filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Margaret Barnett
122 Meadow Lane
Swiftwater, PA 18370

Timothy B. Fisher, II, Esq.                    *(served via ECF Notification)*
Fisher and Fisher Law Offices
PO Box 396
525 Main Street
Gouldsboro, PA 18424

Jack N Zaharopoulos, Trustee               *(served via ECF Notification)*
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee                            *(served via ECF Notification)*
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   __10/09/2025__   By:   _/s/Linda  St. Pierre_____
                        (date)                     Linda  St. Pierre,
                                                    Authorized Agent for the Creditor