United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-02484-MJC |
| Margaret Barnett | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Oct 07, 2025     Form ID: 3180W     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Margaret Barnett, 122 Meadow Lane, Swiftwater, PA 18370-7725 |
| 5352915 | + | Barkleys Bank of Delaware, PO Box 1337, Philadelphia, PA 19105 |
| 5352923 | | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Dallas, TX 75063 |
| 5356782 | + | Nationstar Mortgage LLC dba Mr. Cooper, c/o Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 07 2025 22:39:00 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 07 2025 18:38:00 | Nationstar Mortgage LLC dba Mr. Cooper, 8950 Cypress Waters BLVD, Coppell, TX 75019-4620 |
| cr | + | EDI: PRA.COM | Oct 07 2025 22:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5353718 | | EDI: GMACFS.COM | Oct 07 2025 22:39:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 5422991 | + | EDI: AISACG.COM | Oct 07 2025 22:39:00 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5352914 | + | EDI: GMACFS.COM | Oct 07 2025 22:39:00 | Ally Financial, P.O. Box 9001951, Louisville, KY 40290-1951 |
| 5352916 | + | EDI: CITICORP | Oct 07 2025 22:39:00 | Best Buy, P.O Box 9001007, Louisville, KY 40290-1007 |
| 5352917 | | EDI: CAPITALONE.COM | Oct 07 2025 22:39:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 5355978 | | EDI: CAPITALONE.COM | Oct 07 2025 22:39:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5352918 | + | EDI: CAPITALONE.COM | Oct 07 2025 22:39:00 | Capital One/Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5367108 | | EDI: CITICORP | Oct 07 2025 22:39:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5352919 | + | EDI: WFNNB.COM | Oct 07 2025 22:39:00 | Comenity Bank/BJ's, P.O. Box 183003, Columbus, OH 43218-3003 |
| 5352921 | | EDI: CITICORP | Oct 07 2025 22:39:00 | Macy's, PO Box 9001094, Louisville, KY 40290 |
| 5363570 | | EDI: Q3G.COM | Oct 07 2025 22:39:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5353957 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2025 18:44:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5352920 | + | EDI: LENDNGCLUB | Oct 07 2025 22:39:00 | Lending Club, 595 Market St., Ste 200, San Francisco, CA 94105-5839 |
| 5352922 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 07 2025 18:38:00 | Mr. Cooper, 8950 Cypress Water Blvd., Coppell, TX 75019-4620 |
| 5367586 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 07 2025 18:38:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 5365598 | | EDI: PRA.COM | Oct 07 2025 22:39:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5352924 | | EDI: PENNDEPTREV | Oct 07 2025 22:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 5363827 | | EDI: Q3G.COM | Oct 07 2025 22:39:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5353118 | + | EDI: PRA.COM | Oct 07 2025 22:39:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5352925 | + | EDI: SYNC | Oct 07 2025 22:39:00 | Synchrony Bank/Gap Silver, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 5352926 | | EDI: SYNC | Oct 07 2025 22:39:00 | Synchrony Bank/JC Penneys, P.O. Box 960090, Orlando, FL 32896-5007 |

(continued from previous page: 98083-0657)

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5353020 | *+ | Ally Financial, P.O. Box 9001951, Louisville, KY 40290-1951 |
| 5353021 | *+ | Barkleys Bank of Delaware, PO Box 1337, Philadelphia, PA 19105 |
| 5353022 | *+ | Best Buy, P.O Box 9001007, Louisville, KY 40290-1007 |
| 5353023 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 5353024 | *+ | Capital One/Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5353025 | *+ | Comenity Bank/BJ's, P.O. Box 183003, Columbus, OH 43218-3003 |
| 5353027 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, PO Box 9001094, Louisville, KY 40290 |
| 5353026 | *+ | Lending Club, 595 Market St., Ste 200, San Francisco, CA 94105-5839 |
| 5353028 | *+ | Mr. Cooper, 8950 Cypress Water Blvd., Coppell, TX 75019-4620 |
| 5353029 | * | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Dallas, TX 75063 |
| 5353030 | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 5366184 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5366185 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5366186 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5353031 | *+ | Synchrony Bank/Gap Silver, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 5353032 | * | Synchrony Bank/JC Penneys, P.O. Box 960090, Orlando, FL 32896-5007 |

TOTAL: 0 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2025         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| Christopher A DeNardo | on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper logsecf@logs.com cistewart@logs.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Kristen D Little | on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper KRLITTLE@FIRSTAM.COM |
| Kristen D Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper KRLITTLE@FIRSTAM.COM |
| Regina Cohen | on behalf of Creditor Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST" or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port rcohen@lavin-law.com |
| Roger Fay | on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net |
| Timothy B. Fisher, II | on behalf of Debtor 1 Margaret Barnett donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Margaret Barnett<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7539<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:20-bk-02484-MJC | | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Margaret Barnett

10/7/25

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**